**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| CHERYL G. CLEVELAND, : | |
| Plaintiff, : | |
| v. : | 1:05-CV-51 (WLS) |
| JO ANNE BARNHART, : Commissioner of Social Security : | |
| Defendant. : | |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 17), filed August 24, 2006. It is recommended that Commissioner's decision to adopt the ALJ's decision be adopted pursuant to Sentence Four of § 405 (g). Plaintiff has filed a timely written objection. (Doc. No. 18).

In her objection, Petitioner reiterates the same arguments she made before the Magistrate Judge. She argues that the ALJ and the Magistrate Judge failed to consider the fact that the vocational expert's testimony varied from the Dictionary of Occupational Titles (DOT). The Magistrate Judge, addressed this argument squarely in his opinion and rejected that such alleged variance was error. The Court has reviewed the same and agrees with the Magistrate Judge.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 17) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, along with the reasons and conclusions set out herein. The Commissioner's decision is **AFFIRMED** pursuant to Sentence Four of § 405(g).

SO ORDERED, this   14th   day of September, 2006.

                                              /s/W. Louis Sands
                                       **W. Louis Sands, Chief Judge
                                       United States District Court**